# EXHIBIT A

**Registration Number**

# PA 1-820-005

**Effective date of registration:**

December 28, 2012

## Title

**Title of Work:** 6 Degrees Of Hell

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** November 27, 2012   **Nation of 1st Publication:** United States

**International Standard Number:** ISBN   57965-0333

## Author

- **Author:** Bruce H. Smith
- **Author Created:** entire motion picture

**Work made for hire:** No

## Copyright claimant

**Copyright Claimant:** Breaking Glass Pictures

133 N 4th Street, Philadelphia, PA, 19106

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture, new narration, editing

## Rights and Permissions

**Organization Name:** Breaking Glass Pictures

**Email:** evan@bgpics.com     **Telephone:** 267-324-3934

**Address:** 133 N 4th St

Philadelphia, PA 19106  United States

## Certification

**Name:** Evan Gusz

**Date:** December 3, 2012

**Applicant's Tracking Number:** 6degreesof hell

---

**Correspondence:** Yes

# EXHIBIT B

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | No | IP Address | GUID | P2PClient | HitDateUTC (N | DossierNumb | Title | RightsOwner | FileName | FileHash | ISP | Region | city |
| 2 | 1 | 66.222.101.53 | 2D415A34393 | Vuze 4.9.0.0 | 03/21/2013 0 | S0054-000006 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | TDS Telecom | Wisconsin | Vesper |
| 3 | 2 | 68.113.250.17 | 2D4C5430473 | libtorrent (Ras | 03/18/2013 0 | S0054-000006 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Charter Communications | Wisconsin | Baraboo |
| 4 | 3 | 166.181.81.74 | 2D555433323 | µTorrent 3.2.2 | 03/16/2013 0 | S0054-000006 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Wireless Data Service Provider Corporation | Wisconsin | Janesville |
| 5 | 4 | 96.42.54.253 | 2D555433323 | µTorrent 3.2.3 | 03/12/2013 1 | S0054-000006 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Charter Communications | Wisconsin | La Crosse |
| 6 | 5 | 71.87.92.125 | 2D424330313 | BitComet 1.34 | 03/10/2013 0 | S0054-000006 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Charter Communications | Wisconsin | Eau Claire |
| 7 | 6 | 97.91.70.65 | 2D555433323 | µTorrent 3.2.0 | 03/02/2013 0 | S0054-000006 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Charter Communications | Wisconsin | Wisconsin Rapids |
| 8 | 7 | 97.91.70.69 | 2D555433333 | µTorrent 3.3.0 | 02/26/2013 0 | S0054-000006 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Charter Communications | Wisconsin | Wisconsin Rapids |
| 9 | 8 | 71.90.71.186 | 2D555433323 | µTorrent 3.2.3 | 02/25/2013 0 | S0054-000006 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Charter Communications | Wisconsin | Baraboo |
| 10 | 9 | 184.8.38.195 | 2D555433323 | µTorrent 3.2.3 | 02/10/2013 0 | S0054-000006 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Frontier Communications | Wisconsin | New Richmond |
| 11 | 10 | 209.83.33.201 | 2D554D31383 | µTorrent Mac | 02/06/2013 0 | S0054-000007 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Norlight Telecommunications | Wisconsin | Prairie Du Sac |
| 12 | 11 | 97.86.125.177 | 2D415A34383 | Vuze 4.8.0.0 | 01/27/2013 0 | S0054-000007 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Charter Communications | Wisconsin | West Salem |
| 13 | 12 | 71.90.85.96 | 2D545232353 | Transmission | 01/26/2013 0 | S0054-000007 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Charter Communications | Wisconsin | Janesville |
| 14 | 13 | 97.88.250.154 | 2D554D31383 | µTorrent Mac | 01/25/2013 0 | S0054-000007 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Charter Communications | Wisconsin | Sun Prairie |
| 15 | 14 | 97.83.196.115 | 2D555432323 | µTorrent 2.2.0 | 01/23/2013 0 | S0054-000007 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Charter Communications | Wisconsin | Hayward |
| 16 | 15 | 71.89.89.182 | 2D555433323 | µTorrent 3.2.3 | 01/21/2013 1 | S0054-000007 | 6 Degrees of | Breaking Glas | 6 Degrees Of | SHA1: 973F49 | Charter Communications | Wisconsin | Eau Claire |